# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| Joshua Thorpe, | ) | CASE NO.: 1:21-cv-02119 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | JUDGE JOHN R. ADAMS |
| | ) | |
| Commissioner of Social Security, | ) | **MEMORANDUM OPINION AND** |
| | ) | **ORDER** |
| Defendant. | ) | (Resolves Doc. 2) |

Currently pending before this Court is Plaintiff Joshua Thorpe's ("Thorpe") motion to proceed *in forma pauperis* ("IFP"). (IFP Mot., ECF No. 2.) The Magistrate Judge for this matter submitted a Report and Recommendation recommending that this Court deny Thorpe's IFP motion. (R. & R., ECF No. 4.) This Court acknowledges that the Magistrate Judge's Report and Recommendation set forth the proper applicable law and completed a thorough analysis. However, in exercising this Court's discretion, the Report and Recommendation is hereby OVERRULED and Thorpe's motion to proceed IFP is hereby GRANTED.

IT IS SO ORDERED.

DATE: December 6, 2021  /s/ John R. Adams
Judge John R. Adams
UNITED STATES DISTRICT COURT